IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DOUGLAS ANDREW MCCLELLAN                                    PLAINTIFF

v.                          Case No. 3:10-cv-84-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                           DEFENDANT

ORDER

1.  This case is now first out for a jury trial starting on 6 June 2011 in Jonesboro.  The Court is working on the pending motion for partial summary judgment.  The Court will hold a pre-trial at 11:00 A.M. on 27 May 2011 in Courtroom B-155 of the Richard Sheppard Arnold United States Courthouse in Little Rock.

2.  The Court is concerned about McClellan's mention in his pre-trial information sheet of newly discovered evidence and a possible motion for continuance.  The Court requests the parties to file a joint status report on that issue as soon as possible.

3.  Though the Court believes it has plenty of paper on all the issues, McClellan's motion to file a sur-reply, *Document No. 59*, is granted. McClellan may file a five-page sur-reply by 25 May 2011.  The Court will also hear argument on all the motions *in limine* at the pre-trial.

So Ordered:

*DPMarshall Jr.*
D.P. Marshall Jr.
U.S. District Judge

  18 May 2011