IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DOUGLAS ANTHONY MCCLELLAN                         PLAINTIFF

v.                          No. 3:10-cv-84-DPM

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY                      DEFENDANT

## JUDGMENT

On 17 November 2011, after four days of trial, the twelve-person jury returned a unanimous verdict in favor of McClellan. *Document No. 108*. At the end of all the proof, the Court had granted McClellan's motion for judgment as a matter of law on the $31,280 in damages available on the policy, conditioned on the jury returning a verdict in McClellan's favor.

At the Court's request, after trial the parties conferred and reached agreement on the other statutory elements of McClellan's damages. *Document No. 111*; ARK. CODE ANN. § 23-79-208 (Repl. 2004 & Supp. 2011). The agreed amounts are:

- Twelve percent penalty            $3,753.60

- Prejudgment interest          $4,097.75

- Reasonable attorney's fee      $60,000.00

The Court accepts and endorses these amounts.

The Court therefore enters judgment for Douglas Anthony McClellan against State Farm Mutual Automobile Insurance Company in the amount of $99,131.35. Postjudgment interest will accrue at 0.12% per annum from today's date until the judgment is paid. 28 U.S.C.A. § 1961(a)–(b) (West 2006).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>2 December 2011</u>

-2-